**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Down Town Association** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA  The Down Town Association** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-5035020** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **60 Pine Street**<br>**New York, NY 10005**<br>Number, Street, City, State & ZIP Code | **16 Gramercy Park South**<br>**New York, NY 10003**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **New York**<br>County | Location of principal assets, if different from principal place of business<br>**New York, NY**<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **https://www.thedta.com/**

6. **Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☑ Other. Specify:    **NY Not-For-Profit Corporation**

Debtor    **Down Town Association**                                                           Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| | _____ | | _____ | | _____ |
| | _____ | | _____ | | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | Relationship | |
|---|---|---|---|
| | _____ | | _____ |
| District | When | Case number, if known | |
| | _____ | | _____ |

Debtor   **Down Town Association**
Name

Case number (*if known*)

| Debtor | **Down Town Association** | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**▆ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Down Town Association** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  4, 2021**
MM / DD / YYYY

**X** **/s/ Mark R. Altherr**                              **Mark R. Altherr**
Signature of authorized representative of debtor        Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ Avrum J. Rosen**                              Date  **March  4, 2021**
Signature of attorney for debtor                         MM / DD / YYYY

**Avrum J. Rosen**
Printed name

**Law Offices of Avrum J. Rosen, PLLC**
Firm name

**38 New St**
**Huntington, NY 11743-3327**
Number, Street, City, State & ZIP Code

Contact phone  **631-423-8527**    Email address  **arosen@ajrlawny.com**

Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Down Town Association**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration    **Corporate Resolution and Rule 1007 Affidavit**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  4, 2021**          X **/s/ Mark R. Altherr**
                                           Signature of individual signing on behalf of debtor

                                           **Mark R. Altherr**
                                           Printed name

                                           **President**
                                           Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Down Town Association** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Alberto Rosado 549 Academy St Apt 22 New York, NY 10034** | | **Severance Wages** | **Unliquidated Disputed** | | | **$10,183.82** |
| **Angel Matias 2190 2nd Ave Apt 12b New York, NY 10029** | | **Severance Wages** | **Unliquidated Disputed** | | | **$27,721.35** |
| **Brian Matthews 306 W 51st Street Apt 5b New York, NY 10019** | | **Severance Wages** | **Unliquidated Disputed** | | | **$14,850.33** |
| **Charles Mohan 200 W 70th St Apt 2r New York, NY 10023** | | **Severance Wages** | **Unliquidated Disputed** | | | **$34,545.50** |
| **Club Employees Pension Plan Employee Benefit Funds 305 West 44th Street New York, NY 10036** | | **Pension Withdrawal Claim** | **Contingent Unliquidated Disputed** | | | **$53,659.40** |
| **Con Edison Attn: Law Department 4 Irving Place RM 1875 New York, NY 10003** | | **Electric** | **Disputed** | | | **$70,807.58** |
| **Con Edison Attn: Law Department 4 Irving Place RM 1875 New York, NY 10003** | | **Steam** | **Disputed** | | | **$52,665.43** |
| **Domingo Reyes 5312 106th St Corona, NY 11368** | | **Severance Wages** | **Unliquidated Disputed** | | | **$12,411.43** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **Down Town Association**
        Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **EBRA 70 Pine Owner LLC 777 Third Avene. 6th Fl New York, NY 10017** | | **Alleged Unpaid Rent** | **Contingent Unliquidated Disputed Subject to Setoff** | | | $228,664.16 |
| **Emmanuel Collado 115 Vermilyea Ave Apt 1b New York, NY 10034** | | **Severance Wages** | **Unliquidated Disputed** | | | $10,837.76 |
| **Francisco Rosado 3063 Godwin Terrace Apt 3a Bronx, NY 10463** | | **Severance Wages** | **Unliquidated Disputed** | | | $16,589.67 |
| **Great Empire Realty, LLC 254 Canal Street Suite 2001 New York, NY 10013** | | **Credit Line** | | | | $4,110,297.00 |
| **Great Empire Realty, LLC 254 Canal Street Suite 2001 New York, NY 10013** | | **Alleged unpaid rent** | | | | $1,950,000.00 |
| **Jessica Rosado 549 Academy St Apt 22 New York, NY 10034** | | **Severance Wages** | **Unliquidated Disputed** | | | $10,184.38 |
| **Julio Garcia 332 E 15th St Apt 6b New York, NY 10003** | | **Severance Wages** | **Unliquidated Disputed** | | | $11,317.53 |
| **Kelsick Benn 6817 3rd Ave Apt 4l Brooklyn, NY 11220** | | **Severance Wages** | **Unliquidated Disputed** | | | $13,513.46 |
| **Local 6 AFL-CIO 707 Eighth Avenue New York, NY 10036** | | **Audit on Union Funds** | **Contingent Unliquidated Disputed** | | | $80,377.75 |
| **Mario De Leon 650 Booth Street Apt 6e Rego Park, NY 11374** | | **Severance Wages** | **Unliquidated Disputed** | | | $13,646.36 |
| **Pascasio Veras 184 Lockwood Ave Yonkers, NY 10701** | | **Severance Wages** | **Unliquidated Disputed** | | | $12,202.95 |
| **Wells Fargo Financial Leasing 800 Walnut Street Des Moines, IA 50309** | | **(1) Ricoh MPC 8003 - Lease (2) Ricoh IMC 3000 - Lease** | **Disputed** | $134,005.09 | $0.00 | $134,005.09 |

**Fill in this information to identify the case:**

Debtor name   **Down Town Association**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

  1a. **Real property:**
  Copy line 88 from *Schedule A/B*........................................................   $ _____0.00

  1b. **Total personal property:**
  Copy line 91A from *Schedule A/B*....................................................   $ _____74,859.11

  1c. **Total of all property:**
  Copy line 92 from *Schedule A/B*......................................................   $ _____74,859.11

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
  Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $ _____137,832.41

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

  3a. **Total claim amounts of priority unsecured claims:**
  Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................   $ _____0.00

  3b. **Total amount of claims of nonpriority amount of unsecured claims:**
  Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.........................   +$ _____6,797,498.53

4.  **Total liabilities** ..........................................................................
  Lines 2 + 3a + 3b

  $ _____6,935,330.94

| **Fill in this information to identify the case:** |
| --- |

Debtor name   **Down Town Association**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **First Republic Bank** | **Checking** | **9446** | **$63,553.42** |
| 3.2. | **First Republic Bank** | **Checking** | **9944** | **$655.95** |
| 3.3. | **Bank of New York Mellon** | **Contingency Reserve Fund** | **X739** | **$649.74** |
| 3.4. | **First Republic Bank** | **Checking** | **9947** | **$0.00** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**                                                              $64,859.11
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. Does the debtor have any deposits or prepayments?

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor    **Down Town Association**
          Name                                                    Case number *(If known)*

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

| 11. | **Accounts receivable** | | | | |
|---|---|---|---|---|---|
| | 11a. 90 days old or less: | **10,000.00** | - | **0.00** | = .... | **$10,000.00** |
| | | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | **$10,000.00** |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** Books, Glassware and Fireplace andirons | | **Unknown** | | **Unknown** |

| 23. | **Total of Part 5.** | **$0.00** |
|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | |

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

Debtor    **Down Town Association**                                    Case number *(If known)* _____
          Name

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Wooden dining tables, Large rectangular tables and circular tables** | $0.00 | | Unknown |
| **Various styles of dining chairs** | $0.00 | | Unknown |
| **Various Furniture (sofas, armchairs, sidecars)** | $0.00 | | Unknown |
| **2 billiard tables with equipment** | $0.00 | | Unknown |
| **100 Wooden Gym Lockers** | $0.00 | | Unknown |
| 40. **Office fixtures** **18 Portraits of Presidents and Treasurers** | $0.00 | | Unknown |
| **A Scale, Standing and Floor lamps, carpets** | $0.00 | | Unknown |
| **An Elk's Head, Light Fixtures, Portable Air Conditioning Units** | $0.00 | | Unknown |
| **Refigerators and Freezers** | $0.00 | | Unknown |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Table Linens and Stationary** | $0.00 | | Unknown |
| **Various Computer terminals** | $0.00 | | Unknown |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | |
|---|---|
| _____ | **$0.00** |

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Down Town Association** | Case number *(If known)* |
|---|---|---|
| | Name | |

■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.    Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.    Aircraft and accessories** | | | |
| **50.    Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
| **(1) Ricoh MPC 8003 - Lease**<br>**(2) Ricoh IMC 3000 - Lease** | $0.00 | | $0.00 |
| **Pitney Bowes Postage Meter - Lease** | $0.00 | | $0.00 |

| 51. | **Total of Part 8.** | | $0.00 |
|---|---|---|---|
| | Add lines 47 through 50.  Copy the total to line 87. | | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Down Town Association** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

available.

| | | | | | |
|---|---|---|---|---|---|
| 55.1. | **60 Pine Street, New York, New York, 10005** | Lease | Unknown | | Unknown |
| 55.2. | **Second Floor and Elevator Lobby of the 70 Pine Street Condominium at 70 Pine Street, New York, New York.** | Lease | Unknown | | Unknown |

| 56. | **Total of Part 9.** | | $0.00 |
|---|---|---|---|
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | | |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
- ■ No
- ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**
- ☐ No.  Go to Part 11.
- ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** **www.theDTA.com** **www.thedowntownassociation.com** | $0.00 | | Unknown |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| 64.    **Other intangibles, or intellectual property** **Whitehead Property LLC** **A Delaware Limited Liability Company** | $0.00 | | Unknown |
| **MacKay Mezzanine LLC** **A Delaware Limited Liability Company** | $0.00 | | Unknown |
| 65.    **Goodwill** | | | |

| 66. | **Total of Part 10.** | | $0.00 |
|---|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Down Town Association**_____    Case number *(If known)*_____
          Name

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 11:    All other assets**

70.    **Does the debtor own any other assets that have not yet been reported on this form?**
       Include all interests in executory contracts and unexpired leases not previously reported on this form.

       ■ No.  Go to Part 12.
       ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                        Best Case Bankruptcy

Debtor   **Down Town Association**
Name

Case number *(If known)*

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $64,859.11 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $10,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $74,859.11 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $74,859.11 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name   **Down Town Association**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1  Pitney Bowes**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Pitney Bowes Postage Meter - Lease** | **$3,827.32** | **$0.00** |

**3001 Summer St**
**Stamford, CT 06926**
Creditor's mailing address

Describe the lien
**Lease**
Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**1/26/2017**
Last 4 digits of account number
**8706**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an
interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| | | | |
|---|---|---|---|
| **2.2  Wells Fargo Financial Leasing**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**(1) Ricoh MPC 8003 - Lease**<br>**(2) Ricoh IMC 3000 - Lease** | $134,005.09 | $0.00 |

**800 Walnut Street**
**Des Moines, IA 50309**
Creditor's mailing address

Describe the lien
**Lease**
Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**12/13/2019**
Last 4 digits of account number

Do multiple creditors have an
interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Down Town Association** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $137,832.41

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Whitfield & Eddy Law**<br>**Att: Mark Rice**<br>**699 Walnut Street, Suite 2000**<br>**Des Moines, IA 50309** | Line __2.2__ | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Down Town Association**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
   amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | $0.00

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2020**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | $0.00

**NYS Dept. of Tax. & Fin.**
**Bankruptcy Sections**
**P.O. Box 5300**
**Albany, NY 12205-0300**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2020**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

Debtor  **Down Town Association**
_____
Name

Case number (if known) _____

---

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,183.82**
| **Alberto Rosado** | ☐ Contingent |
| **549 Academy St** | ■ Unliquidated |
| **Apt 22** | ■ Disputed |
| **New York, NY 10034** | |
| Date(s) debt was incurred  1/31/2020 | Basis for the claim:  **Severance Wages** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$27,721.35**
| **Angel Matias** | ☐ Contingent |
| **2190 2nd Ave** | ■ Unliquidated |
| **Apt 12b** | ■ Disputed |
| **New York, NY 10029** | |
| Date(s) debt was incurred  1/31/2020 | Basis for the claim:  **Severance Wages** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,850.33**
| **Brian Matthews** | ☐ Contingent |
| **306 W 51st Street** | ■ Unliquidated |
| **Apt 5b** | ■ Disputed |
| **New York, NY 10019** | |
| Date(s) debt was incurred  1/31/2020 | Basis for the claim:  **Severance Wages** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,323.82**
| **Carter Ledyard & Milburn LLP** | ☐ Contingent |
| **2 Wall Street** | ☐ Unliquidated |
| **New York, NY 10005** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$34,545.50**
| **Charles Mohan** | ☐ Contingent |
| **200 W 70th St** | ■ Unliquidated |
| **Apt 2r** | ■ Disputed |
| **New York, NY 10023** | |
| Date(s) debt was incurred  1/31/2020 | Basis for the claim:  **Severance Wages** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$53,659.40**
| **Club Employees Pension Plan** | ■ Contingent |
| **Employee Benefit Funds** | ■ Unliquidated |
| **305 West 44th Street** | ■ Disputed |
| **New York, NY 10036** | |
| Date(s) debt was incurred _ | Basis for the claim:  **Pension Withdrawal Claim** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$70,807.58**
| **Con Edison** | ☐ Contingent |
| **Attn: Law Department** | ☐ Unliquidated |
| **4 Irving Place RM 1875** | ■ Disputed |
| **New York, NY 10003** | |
| Date(s) debt was incurred  2/3/2021 | Basis for the claim:  **Electric** |
| Last 4 digits of account number  0004 | Is the claim subject to offset? ■ No  ☐ Yes |

---

| Debtor | **Down Town Association** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52,665.43 |
|---|---|---|---|

**Con Edison**
**Attn: Law Department**
**4 Irving Place RM 1875**
**New York, NY 10003**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred  2/12/2021

Basis for the claim:  **Steam**

Last 4 digits of account number  0104

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,390.55 |
|---|---|---|---|

**Corann Williams**
**518 Pennsylvania Ave**
**Apt 2b**
**Brooklyn, NY 11207**

☐ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred  1/31/2020

Basis for the claim:  **Severance Wages**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,411.43 |
|---|---|---|---|

**Domingo Reyes**
**5312 106th St**
**Corona, NY 11368**

☐ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred  1/31/2020

Basis for the claim:  **Severance Wages**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $228,664.16 |
|---|---|---|---|

**EBRA 70 Pine Owner LLC**
**777 Third Avene. 6th Fl**
**New York, NY 10017**

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Alleged Unpaid Rent**

Last 4 digits of account number  0055

Is the claim subject to offset? ☐ No  ☒ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,837.76 |
|---|---|---|---|

**Emmanuel Collado**
**115 Vermilyea Ave**
**Apt 1b**
**New York, NY 10034**

☐ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred  1/31/2020

Basis for the claim:  **Severance Wages**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,589.67 |
|---|---|---|---|

**Francisco Rosado**
**3063 Godwin Terrace**
**Apt 3a**
**Bronx, NY 10463**

☐ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred  1/31/2020

Basis for the claim:  **Severance Wages**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,110,297.00 |
|---|---|---|---|

**Great Empire Realty, LLC**
**254 Canal Street**
**Suite 2001**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/6/2018

Basis for the claim:  **Credit Line**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Down Town Association** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,950,000.00**

**Great Empire Realty, LLC**
**254 Canal Street**
**Suite 2001**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Alleged unpaid rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,120.17**

**Hanna Prawdzik**
**16 Grand St**
**Little Ferry, NJ 07643**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **1/31/2020**

Basis for the claim:  **Severance Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,184.38**

**Jessica Rosado**
**549 Academy St**
**Apt 22**
**New York, NY 10034**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **1/31/2020**

Basis for the claim:  **Severance Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,890.64**

**Jose Cabral**
**144 E 208 St**
**Apt GC**
**Bronx, NY 10467**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **1/31/2020**

Basis for the claim:  **Severance Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,317.53**

**Julio Garcia**
**332 E 15th St**
**Apt 6b**
**New York, NY 10003**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **1/31/2020**

Basis for the claim:  **Severance Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,513.46**

**Kelsick Benn**
**6817 3rd Ave**
**Apt 4l**
**Brooklyn, NY 11220**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **1/31/2020**

Basis for the claim:  **Severance Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$80,377.75**

**Local 6 AFL-CIO**
**707 Eighth Avenue**
**New York, NY 10036**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Audit on Union Funds**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Down Town Association** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.22**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,646.36 |
|---|---|---|
| Mario De Leon<br>650 Booth Street<br>Apt 6e<br>Rego Park, NY 11374 | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred  1/31/2020 | Basis for the claim:  **Severance Wages** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.23**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,524.09 |
|---|---|---|
| **New York City DEP**<br>59-17 Junction Boulevard<br>Elmhurst, NY 11373 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred  2/21/2021 | Basis for the claim:  **Water** | |
| Last 4 digits of account number  6001 | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.24**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $562.20 |
|---|---|---|
| **New York City DEP**<br>59-17 Junction Boulevard<br>Elmhurst, NY 11373 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred  2/21/2021 | Basis for the claim:  **Water** | |
| Last 4 digits of account number  4001 | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.25**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,202.95 |
|---|---|---|
| **Pascasio Veras**<br>184 Lockwood Ave<br>Yonkers, NY 10701 | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred  1/31/2020 | Basis for the claim:  **Severance Wages** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.26**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $51.99 |
|---|---|---|
| **Pitney Bowes**<br>Attn: Purchase Power<br>2225 American Drive<br>Neenah, WI 54956 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  3/7/2021 | Basis for the claim:  **Postage and Supplies** | |
| Last 4 digits of account number  7380 | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.27**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,225.74 |
|---|---|---|
| **Ramon Mezon**<br>853 Macy Pl<br>Apt 3C<br>Bronx, NY 10455 | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred  1/31/2020 | Basis for the claim:  **Severance Wages** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.28**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,199.28 |
|---|---|---|
| **Rohan Dixon**<br>831 Cleveland St<br>Brooklyn, NY 11208 | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred  1/31/2020 | Basis for the claim:  **Severance Wages** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Down Town Association** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,788.01 |
|---|---|---|---|

**Walkiris Rosado**
**420 West 19th St**
**Apt 8F**
**New York, NY 10011**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **1/31/2020**

Basis for the claim:  **Severance Wages**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,946.18 |
|---|---|---|---|

**Wilman Peralta**
**549 Academy St**
**Apt22**
**New York, NY 10034**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **1/31/2020**

Basis for the claim:  **Severance Wages**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Club Employees Pension Plan** **709 Eighth Avenue** **New York, NY 10036** | Line **3.6** ☐ Not listed. Explain ____ | _ |
| 4.2 | **Gideon Martin** **707 8th Avenue** **New York, NY 10036** | Line **3.21** ☐ Not listed. Explain ____ | _ |
| 4.3 | **Local 6 AFL-CIO** **707 Eighth Avenue** **New York, NY 10036** | Line **3.20** ☐ Not listed. Explain ____ | _ |
| 4.4 | **Local 6 AFL-CIO** **707 Eighth Avenue** **New York, NY 10036** | Line **3.18** ☐ Not listed. Explain ____ | _ |
| 4.5 | **Local 6 AFL-CIO** **707 Eighth Avenue** **New York, NY 10036** | Line **3.12** ☐ Not listed. Explain ____ | _ |
| 4.6 | **Local 6 AFL-CIO** **707 Eighth Avenue** **New York, NY 10036** | Line **3.22** ☐ Not listed. Explain ____ | _ |
| 4.7 | **Local 6 AFL-CIO** **707 Eighth Avenue** **New York, NY 10036** | Line **3.28** ☐ Not listed. Explain ____ | _ |
| 4.8 | **Local 6 AFL-CIO** **707 Eighth Avenue** **New York, NY 10036** | Line **3.19** ☐ Not listed. Explain ____ | _ |

| Debtor | **Down Town Association** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.9 | **Local 6 AFL-CIO**<br>**707 Eighth Avenue**<br>**New York, NY 10036** | Line **3.2**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Local 6 AFL-CIO**<br>**707 Eighth Avenue**<br>**New York, NY 10036** | Line **3.3**<br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Local 6 AFL-CIO**<br>**707 Eighth Avenue**<br>**New York, NY 10036** | Line **3.27**<br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Local 6 AFL-CIO**<br>**707 Eighth Avenue**<br>**New York, NY 10036** | Line **3.5**<br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Local 6 AFL-CIO**<br>**707 Eighth Avenue**<br>**New York, NY 10036** | Line **3.30**<br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Local 6 AFL-CIO**<br>**707 Eighth Avenue**<br>**New York, NY 10036** | Line **3.16**<br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Local 6 AFL-CIO**<br>**707 Eighth Avenue**<br>**New York, NY 10036** | Line **3.10**<br>☐ Not listed. Explain ____ | _ |
| 4.16 | **Local 6 AFL-CIO**<br>**707 Eighth Avenue**<br>**New York, NY 10036** | Line **3.1**<br>☐ Not listed. Explain ____ | _ |
| 4.17 | **Local 6 AFL-CIO**<br>**707 Eighth Avenue**<br>**New York, NY 10036** | Line **3.13**<br>☐ Not listed. Explain ____ | _ |
| 4.18 | **Local 6 AFL-CIO**<br>**707 Eighth Avenue**<br>**New York, NY 10036** | Line **3.17**<br>☐ Not listed. Explain ____ | _ |
| 4.19 | **Local 6 AFL-CIO**<br>**707 Eighth Avenue**<br>**New York, NY 10036** | Line **3.29**<br>☐ Not listed. Explain ____ | _ |
| 4.20 | **Local 6 AFL-CIO**<br>**707 Eighth Avenue**<br>**New York, NY 10036** | Line **3.25**<br>☐ Not listed. Explain ____ | _ |
| 4.21 | **Local 6 AFL-CIO**<br>**707 Eighth Avenue**<br>**New York, NY 10036** | Line **3.9**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **Down Town Association** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.22 | **Luk & Luk, PLLC**<br>**254 Canal Street**<br>**Suite 2001**<br>**New York, NY 10013** | Line **3.15**<br><br>☐ Not listed. Explain ____ | _ |
| 4.23 | **Novak Francella LLC**<br>**450 Seventh Avenue**<br>**New York, NY 10123** | Line **3.6**<br><br>☐ Not listed. Explain ____ | _ |
| 4.24 | **Pitta LLP**<br>**Attn: Jane Lauer Barker**<br>**120 Broadway, 28th Fl**<br>**New York, NY 10271** | Line **3.21**<br><br>☐ Not listed. Explain ____ | _ |
| 4.25 | **Rose Associates, Inc**<br>**777 Third Avenue**<br>**New York, NY 10017** | Line **3.11**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 6,797,498.53 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 6,797,498.53 |

**Fill in this information to identify the case:**

Debtor name    **Down Town Association**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Second Floor and Elevator Lobby of the 70 Pine Street Condominium at 70 Pine Street, New York, New York.** | |
| | State the term remaining | **43 years** | **EBRA 70 Pine Owner LLC c/o Rose Associates 200 Madison Ave New York, NY 10016** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease at 60 Pine Street, New York, New York 10005** | |
| | State the term remaining | **45 Years** | **Great Empire Realty, LLC 139 Centre St Ste 310 New York, NY 10013** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Collective Bargaining Agreement** | |
| | State the term remaining | **3 years 5 months** | **Local 6 AFL-CIO 707 Eighth Avenue New York, NY 10036** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Postage Meter** | |
| | State the term remaining | **One Year** | **Pitney Bowes 3001 Summer St Stamford, CT 06926** |
| | List the contract number of any government contract | | |

Debtor 1    **Down Town Association**
       First Name             Middle Name          Last Name

Case number *(if known)* _____

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Membership to The Players**

State the term remaining

List the contract number of any government contract

**The Players**
**16 Gramercy Park South**
**New York, NY 10003**

---

**2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Equipment Lease for Three Ricoh Printers**

State the term remaining

List the contract number of any government contract

**Wells Fargo Financial Leasing**
**800 Walnut Street**
**Des Moines, IA 50309**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Down Town Association**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                                        *Column 2:* **Creditor**

| | Name | Mailing Address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.1 | _____ | _____ | | _____ | ☐ D  ☐ E/F  ☐ G |
| | | Street _____ | | | |
| | | City          State          Zip Code | | | |
| 2.2 | _____ | _____ | | _____ | ☐ D  ☐ E/F  ☐ G |
| | | Street _____ | | | |
| | | City          State          Zip Code | | | |
| 2.3 | _____ | _____ | | _____ | ☐ D  ☐ E/F  ☐ G |
| | | Street _____ | | | |
| | | City          State          Zip Code | | | |
| 2.4 | _____ | _____ | | _____ | ☐ D  ☐ E/F  ☐ G |
| | | Street _____ | | | |
| | | City          State          Zip Code | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **Down Town Association**

United States Bankruptcy Court for the:      SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

<table>
<tr><td colspan="2"><strong>Part 1:</strong>    <strong>Income</strong></td></tr>
</table>

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2021** to **Filing Date** | ☐ Operating a business<br>■ Other  **Proceeds from Auction and NYS Sales Tax Refund** | **$5,322.00** |
| **For prior year:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other | **$785,176.00** |
| **For year before that:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other | **$2,039,219.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

<table>
<tr><td colspan="2"><strong>Part 2:</strong>    <strong>List Certain Transfers Made Before Filing for Bankruptcy</strong></td></tr>
</table>

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| Debtor | **Down Town Association** | Case number *(if known)* | |
|--------|---------------------------|--------------------------|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|------------------------------------------------------|-------|------------------------|----------------------------------|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|-----------------------------|---------------------------|------|-------------------|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|-----------------------------|------------------------------------------|------------------------|--------|

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---------------------------|----------------|-------------------------------------|----------------|
| 7.1. | **In the Matter of the Arbitration between the Hotel, Restaurant & Club Employees and Bartenders Union, Local 6 ("Union) and Downtown Association Club ("Club")** | **Demand for Arbitration** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**    **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------------------------------|--------------------------------------------|-------------|-------|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Down Town Association**                                    Case number *(if known)*

---

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **The Law Offices of Avrum J. Rosen, PLLC<br>38 New St<br>Huntington, NY 11743-3327** | Attorney Fees | | **$25,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

---

Debtor    **Down Town Association**                                        Case number *(if known)* _____

| Address | Dates of occupancy From-To |
|---|---|
|  |  |

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17.** Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Club Employees Pension Plan** | EIN: _____ |

Has the plan been terminated?
■ No
☐ Yes

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **TD Bank** | **XXXX-7123** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | 1/20/2021 | $5,504.27 |

Debtor   **Down Town Association**                                    Case number *(if known)* _____

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.2. | **TD Bank** | **XXXX-3758** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **1/20/2021** | **$9,832.04** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Debtor    **Down Town Association**                                    Case number *(if known)*

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.  **Whitehead Property LLC**<br>**60 Pine St**<br>**New York, NY 10005** | | EIN:<br><br>From-To |
| 25.2.  **MacKay Mezzanine LLC**<br>**60 Pine St**<br>**New York, NY 10005** | | EIN:<br><br>From-To |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **PKF O'Connor Davies, LLP**<br>**Attn: Kerri Rawcliffe**<br>**40 Westminster Street, Suite 600**<br>**Providence, RI 02903** | **2018 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.  **Club Employees Pension Fund**<br>**c/o Novak Francella LLC**<br>**450 Fashion Ave**<br>**#3500**<br>**New York, NY 10123** | **2/27/2019** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

Debtor    **Down Town Association**                                           Case number *(if known)*

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

## 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | Mark R. Altherr | February 31, 2020 | 37,688.00 |

| Name and address of the person who has possession of inventory records |
|---|
| Down Town Association<br>60 Pine Street<br>New York, NY 10005 |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mark R. Altherr | 163 East 65th St<br>New York, NY 10065 | President | |
| D. Roger B. Liddell | 520 East 86th St<br>New York, NY 10028 | Vice President | |
| Max Schneider | 33 Irving Place, Third Floor<br>New York, NY 10003 | Trustee | |
| Timothy L. Thompson | 291 Garfield Place<br>Brooklyn, NY 11215 | Secretary | |
| Mark Kopinski | 143 Reade St<br>15B<br>New York, NY 10013 | Trustee | |
| Jeffrey Zeiger | PO Box 531<br>Aquebogue, NY 11931 | Trustee | |

Debtor    **Down Town Association**                                                    Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **Jane M. Hewson** | **The Brick House**<br>**2153 Under the Moutain Road**<br>**South Londonderry, VT 05155** | **Trustee** | |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Garrett Bowden** | **220 East 72nd Street**<br>**Apt. 21A**<br>**New York, NY 10021** | **Trustee** | |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Joseph P. Forte** | **32 Inness Place**<br>**Manhasset, NY 11030** | **Trustee** | |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Jed Freedlander** | **256 Loring Ave**<br>**Pelham, NY 10803** | **Trustee** | |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Conrad Steinmann** | **211 East 18th Street**<br>**Apt 6M**<br>**New York, NY 10003** | **Trustee** | |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Sharif Tanamli** | **PO Box 154**<br>**Bridgewater, CT 06752** | **Trustee** | |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Thomas O. Boucher, JR** | **187 Ward Rd.**<br>**Salt Point, NY 12578** | **Trustee** | |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Aleksei Brown** | **2816 West 8 Street**<br>**Brooklyn, NY 11224** | **Trustee** | |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Christine Yasaitis** | **213 River Road Ext**<br>**Unit B**<br>**Cos Cob, CT 06807** | **Trustee** | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

Debtor    **Down Town Association**                                                    Case number *(if known)*

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| **Club Employees Pension Plan** | **EIN:** |

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  4, 2021**

**/s/ Mark R. Altherr**                                    **Mark R. Altherr**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of New York

In re    **Down Town Association**　　　　　　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　　　　　　　Debtor(s)　　　　Chapter　**11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.　Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 25,000.00 |
| Prior to the filing of this statement I have received | $ | 25,000.00 |
| Balance Due | $ | 0.00 |

2.　The source of the compensation paid to me was:

　　■ Debtor　　☐ Other (specify):

3.　The source of compensation to be paid to me is:

　　■ Debtor　　☐ Other (specify):

4.　■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

　　☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.　In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

　　a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
　　b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
　　c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
　　d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
　　e. [Other provisions as needed]
　　　**Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.　By agreement with the debtor(s), the above-disclosed fee does not include the following service:
　　**Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

## CERTIFICATION

　　I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **March  4, 2021** | **/s/ Avrum J. Rosen** |
| *Date* | **Avrum J. Rosen** |
| | *Signature of Attorney* |
| | **Law Offices of Avrum J. Rosen, PLLC** |
| | **38 New St** |
| | **Huntington, NY 11743-3327** |
| | **631-423-8527  Fax: 631-423-4536** |
| | arosen@ajrlawny.com |
| | *Name of law firm* |

# United States Bankruptcy Court
## Southern District of New York

In re   **Down Town Association**                                                    Case No. _____
                                        Debtor(s)                    Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **-NONE-** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the **President** of the NY Not-For-Profit Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **March  4, 2021**                              Signature   **/s/ Mark R. Altherr**
                                                                    **Mark R. Altherr**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re   **Down Town Association** _____     Case No. _____

_____     Chapter   **11** _____

Debtor(s)

# VERIFICATION OF CREDITOR MATRIX

I, the President of the NY Not-For-Profit Corporation named as the debtor in this case, hereby verify that the attached list of creditors

is true and correct to the best of my knowledge.

Date:   **March  4, 2021** _____        **/s/ Mark R. Altherr** _____

**Mark R. Altherr/President**
Signer/Title

ALBERTO ROSADO
549 ACADEMY ST
APT 22
NEW YORK, NY 10034


ALEKSEI BROWN
2816 WEST 8 STREET
BROOKLYN, NY 11224


ANGEL MATIAS
2190 2ND AVE
APT 12B
NEW YORK, NY 10029


BRIAN MATTHEWS
306 W 51ST STREET
APT 5B
NEW YORK, NY 10019


CARTER LEDYARD & MILBURN LLP
2 WALL STREET
NEW YORK, NY 10005


CHARLES MOHAN
200 W 70TH ST
APT 2R
NEW YORK, NY 10023


CHRISTINE YASAITIS
213 RIVER ROAD EXT
UNIT B
COS COB, CT 06807


CLUB EMPLOYEES PENSION PLAN
EMPLOYEE BENEFIT FUNDS
305 WEST 44TH STREET
NEW YORK, NY 10036


CLUB EMPLOYEES PENSION PLAN
709 EIGHTH AVENUE
NEW YORK, NY 10036


CON EDISON
ATTN: LAW DEPARTMENT
4 IRVING PLACE RM 1875
NEW YORK, NY 10003

CON EDISON
ATTN: LAW DEPARTMENT
4 IRVING PLACE RM 1875
NEW YORK, NY 10003


CONRAD STEINMANN
211 EAST 18TH STREET
APT 6M
NEW YORK, NY 10003


CORANN WILLIAMS
518 PENNSYLVANIA AVE
APT 2B
BROOKLYN, NY 11207


D. ROGER B. LIDDELL
520 EAST 86TH ST
NEW YORK, NY 10028


DOMINGO REYES
5312 106TH ST
CORONA, NY 11368


EBRA 70 PINE OWNER LLC
777 THIRD AVENE. 6TH FL
NEW YORK, NY 10017


EBRA 70 PINE OWNER LLC
C/O ROSE ASSOCIATES
200 MADISON AVE
NEW YORK, NY 10016


EMMANUEL COLLADO
115 VERMILYEA AVE
APT 1B
NEW YORK, NY 10034


FRANCISCO ROSADO
3063 GODWIN TERRACE
APT 3A
BRONX, NY 10463


GARRETT BOWDEN
220 EAST 72ND STREET
APT. 21A
NEW YORK, NY 10021

```
GIDEON MARTIN
707 8TH AVENUE
NEW YORK, NY 10036


GREAT EMPIRE REALTY, LLC
254 CANAL STREET
SUITE 2001
NEW YORK, NY 10013


GREAT EMPIRE REALTY, LLC
254 CANAL STREET
SUITE 2001
NEW YORK, NY 10013


GREAT EMPIRE REALTY, LLC
139 CENTRE ST
STE 310
NEW YORK, NY 10013


HANNA PRAWDZIK
16 GRAND ST
LITTLE FERRY, NJ 07643


INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346


JANE M. HEWSON
THE BRICK HOUSE
2153 UNDER THE MOUTAIN ROAD
SOUTH LONDONDERRY, VT 05155


JED FREEDLANDER
256 LORING AVE
PELHAM, NY 10803


JEFFREY ZEIGER
PO BOX 531
AQUEBOGUE, NY 11931


JESSICA ROSADO
549 ACADEMY ST
APT 22
NEW YORK, NY 10034
```

```
JOSE CABRAL
144 E 208 ST
APT GC
BRONX, NY 10467


JOSEPH P. FORTE
32 INNESS PLACE
MANHASSET, NY 11030


JULIO GARCIA
332 E 15TH ST
APT 6B
NEW YORK, NY 10003


KELSICK BENN
6817 3RD AVE
APT 4L
BROOKLYN, NY 11220


LOCAL 6 AFL-CIO
707 EIGHTH AVENUE
NEW YORK, NY 10036


LOCAL 6 AFL-CIO
707 EIGHTH AVENUE
NEW YORK, NY 10036


LOCAL 6 AFL-CIO
707 EIGHTH AVENUE
NEW YORK, NY 10036


LOCAL 6 AFL-CIO
707 EIGHTH AVENUE
NEW YORK, NY 10036


LOCAL 6 AFL-CIO
707 EIGHTH AVENUE
NEW YORK, NY 10036


LOCAL 6 AFL-CIO
707 EIGHTH AVENUE
NEW YORK, NY 10036
```

```
LOCAL 6 AFL-CIO
707 EIGHTH AVENUE
NEW YORK, NY 10036


LOCAL 6 AFL-CIO
707 EIGHTH AVENUE
NEW YORK, NY 10036


LOCAL 6 AFL-CIO
707 EIGHTH AVENUE
NEW YORK, NY 10036


LOCAL 6 AFL-CIO
707 EIGHTH AVENUE
NEW YORK, NY 10036


LOCAL 6 AFL-CIO
707 EIGHTH AVENUE
NEW YORK, NY 10036


LOCAL 6 AFL-CIO
707 EIGHTH AVENUE
NEW YORK, NY 10036


LOCAL 6 AFL-CIO
707 EIGHTH AVENUE
NEW YORK, NY 10036


LOCAL 6 AFL-CIO
707 EIGHTH AVENUE
NEW YORK, NY 10036


LOCAL 6 AFL-CIO
707 EIGHTH AVENUE
NEW YORK, NY 10036


LOCAL 6 AFL-CIO
707 EIGHTH AVENUE
NEW YORK, NY 10036


LOCAL 6 AFL-CIO
707 EIGHTH AVENUE
NEW YORK, NY 10036
```

```
LOCAL 6 AFL-CIO
707 EIGHTH AVENUE
NEW YORK, NY 10036


LOCAL 6 AFL-CIO
707 EIGHTH AVENUE
NEW YORK, NY 10036


LOCAL 6 AFL-CIO
707 EIGHTH AVENUE
NEW YORK, NY 10036


LOCAL 6 AFL-CIO
707 EIGHTH AVENUE
NEW YORK, NY 10036


LUK & LUK, PLLC
254 CANAL STREET
SUITE 2001
NEW YORK, NY 10013


MARIO DE LEON
650 BOOTH STREET
APT 6E
REGO PARK, NY 11374


MARK KOPINSKI
143 READE ST
15B
NEW YORK, NY 10013


MARK R. ALTHERR
163 EAST 65TH ST
NEW YORK, NY 10065


MAX SCHNEIDER
33 IRVING PLACE, THIRD FLOOR
NEW YORK, NY 10003


NEW YORK CITY DEP
59-17 JUNCTION BOULEVARD
ELMHURST, NY 11373
```

```
NEW YORK CITY DEP
59-17 JUNCTION BOULEVARD
ELMHURST, NY 11373


NOVAK FRANCELLA LLC
450 SEVENTH AVENUE
NEW YORK, NY 10123


NYS DEPT. OF TAX. & FIN.
BANKRUPTCY SECTIONS
P.O. BOX 5300
ALBANY, NY 12205-0300


PASCASIO VERAS
184 LOCKWOOD AVE
YONKERS, NY 10701


PITNEY BOWES
3001 SUMMER ST
STAMFORD, CT 06926


PITNEY BOWES
ATTN: PURCHASE POWER
2225 AMERICAN DRIVE
NEENAH, WI 54956


PITNEY BOWES
3001 SUMMER ST
STAMFORD, CT 06926


PITTA LLP
ATTN: JANE LAUER BARKER
120 BROADWAY, 28TH FL
NEW YORK, NY 10271


RAMON MEZON
853 MACY PL
APT 3C
BRONX, NY 10455


ROHAN DIXON
831 CLEVELAND ST
BROOKLYN, NY 11208
```

ROSE ASSOCIATES, INC
777 THIRD AVENUE
NEW YORK, NY 10017


SHARIF TANAMLI
PO BOX 154
BRIDGEWATER, CT 06752


THE PLAYERS
16 GRAMERCY PARK SOUTH
NEW YORK, NY 10003


THOMAS O. BOUCHER, JR
187 WARD RD.
SALT POINT, NY 12578


TIMOTHY L. THOMPSON
291 GARFIELD PLACE
BROOKLYN, NY 11215


WALKIRIS ROSADO
420 WEST 19TH ST
APT 8F
NEW YORK, NY 10011


WELLS FARGO FINANCIAL LEASING
800 WALNUT STREET
DES MOINES, IA 50309


WELLS FARGO FINANCIAL LEASING
800 WALNUT STREET
DES MOINES, IA 50309


WHITFIELD & EDDY LAW
ATT: MARK RICE
699 WALNUT STREET, SUITE 2000
DES MOINES, IA 50309


WILMAN PERALTA
549 ACADEMY ST
APT22
NEW YORK, NY 10034