

**Fill in this information to identify the case:**

Debtor name: Down Town Association
United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alberto Rosado<br>549 Academy St<br>Apt 22<br>New York, NY 10034 | | Severance Wages | Unliquidated<br>Disputed | | | $10,183.82 |
| Angel Matias<br>2190 2nd Ave<br>Apt 12b<br>New York, NY 10029 | | Severance Wages | Unliquidated<br>Disputed | | | $27,721.35 |
| Brian Matthews<br>306 W 51st Street<br>Apt 5b<br>New York, NY 10019 | | Severance Wages | Unliquidated<br>Disputed | | | $14,850.33 |
| Charles Mohan<br>200 W 70th St<br>Apt 2r<br>New York, NY 10023 | | Severance Wages | Unliquidated<br>Disputed | | | $34,545.50 |
| Club Employees Pension Plan Employee Benefit Funds<br>305 West 44th Street<br>New York, NY 10036 | | Pension Withdrawal Claim | Contingent<br>Unliquidated<br>Disputed | | | $53,659.40 |
| Con Edison<br>Attn: Law Department<br>4 Irving Place RM 1875<br>New York, NY 10003 | | Electric | Disputed | | | $70,807.58 |
| Con Edison<br>Attn: Law Department<br>4 Irving Place RM 1875<br>New York, NY 10003 | | Steam | Disputed | | | $52,665.43 |
| Domingo Reyes<br>5312 106th St<br>Corona, NY 11368 | | Severance Wages | Unliquidated<br>Disputed | | | $12,411.43 |

| Debtor | Down Town Association | | | Case number (if known) | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| EBRA 70 Pine Owner LLC<br>777 Third Avene. 6th Fl<br>New York, NY 10017 | | Alleged Unpaid Rent | Contingent<br>Unliquidated<br>Disputed<br>Subject to Setoff | | | $228,664.16 |
| Emmanuel Collado<br>115 Vermilyea Ave<br>Apt 1b<br>New York, NY 10034 | | Severance Wages | Unliquidated<br>Disputed | | | $10,837.76 |
| Francisco Rosado<br>3063 Godwin Terrace<br>Apt 3a<br>Bronx, NY 10463 | | Severance Wages | Unliquidated<br>Disputed | | | $16,589.67 |
| Great Empire Realty, LLC<br>254 Canal Street<br>Suite 2001<br>New York, NY 10013 | | Credit Line | | | | $4,110,297.00 |
| Great Empire Realty, LLC<br>254 Canal Street<br>Suite 2001<br>New York, NY 10013 | | Alleged unpaid rent | | | | $1,950,000.00 |
| Jessica Rosado<br>549 Academy St<br>Apt 22<br>New York, NY 10034 | | Severance Wages | Unliquidated<br>Disputed | | | $10,184.38 |
| Julio Garcia<br>332 E 15th St<br>Apt 6b<br>New York, NY 10003 | | Severance Wages | Unliquidated<br>Disputed | | | $11,317.53 |
| Kelsick Benn<br>6817 3rd Ave<br>Apt 4l<br>Brooklyn, NY 11220 | | Severance Wages | Unliquidated<br>Disputed | | | $13,513.46 |
| Local 6 AFL-CIO<br>707 Eighth Avenue<br>New York, NY 10036 | | Audit on Union Funds | Contingent<br>Unliquidated<br>Disputed | | | $80,377.75 |
| Mario De Leon<br>650 Booth Street<br>Apt 6e<br>Rego Park, NY 11374 | | Severance Wages | Unliquidated<br>Disputed | | | $13,646.36 |
| Pascasio Veras<br>184 Lockwood Ave<br>Yonkers, NY 10701 | | Severance Wages | Unliquidated<br>Disputed | | | $12,202.95 |
| Wells Fargo Financial Leasing<br>800 Walnut Street<br>Des Moines, IA 50309 | | (1) Ricoh MPC 8003 - Lease<br>(2) Ricoh IMC 3000 - Lease | Disputed | $134,005.09 | $0.00 | $134,005.09 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 2

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy