UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re:

|  |  |
|---|---|
| DOWN TOWN ASSOCIATION, d/b/a | Chapter 11 |
| THE DOWN TOWN ASSOCIATION, | Case No.: 21-10413 (DSJ) |

                                    Debtor.
--------------------------------------------------------x

## FURTHER STIPULATION TO EXTEND THE INTERNAL REVENUE SERVICE'S TIME TO AMEND ITS PROOF OF CLAIM

**WHEREAS**, Down Town Association d/b/a The Down Town Association, debtor (the "Debtor") filed a voluntary petition for relief from its creditors under Chapter 11, Subchapter V of Title 11 of the United States Code (the "Bankruptcy Code") on March 4, 2021 (the "Petition Date") in the United States Bankruptcy Court, Southern District of New York; and

**WHEREAS**, the Internal Revenue Service (the "IRS") timely filed a proof of claim on April 2, 2021, in the aggregate amount of $24,270.00 (the "IRS Claim"), consisting of an Unsecured Priority claim totaling $11,250.00, and an Unsecured General claim totaling $13,020.00; and

**WHEREAS**, the IRS requires additional time to receive, review, and process tax forms Debtor claims to have mailed to the IRS in June 2021, to determine whether the IRS Claim should be amended; and

**WHEREAS,** On August 23, 2021, this Court entered a *Findings of Fact, Conclusions of Law, and Order Confirming the Subchapter V Plan of Reorganization of Down Town Association, d/b/a The Down Town Association Date June 2, 2021* [Dkt. No. 67], and that Plan provides that priority claims will be paid in full, and that the Debtor will object to the IRS Claim; it is

**AGREED AND SO ORDERED THAT:**

1.      The deadline for the IRS to amend the IRS Claim is hereby extended to October 30, 2021.

2.      The Debtor's time to object to the IRS claim is extended to thirty days after the IRS files any amended claim, or to November 30, 2021, if no amended claim is filed.

3.      Nothing contained herein shall limit the Parties' rights to seek further extensions of these dates by agreement or by application to the Court.

Dated: September 17, 2021
       Huntington, New York

Dated: September 17, 2021
       New York, New York

**Law Offices of Avrum J. Rosen, PLLC**
*Attorneys for the Debtor*

**AUDREY STRAUSS**
United States Attorney for the
Southern District of New York
*Attorney for the Internal Revenue Service*

By:     */s/ Nico Pizzo*
        Nico G. Pizzo
        Avrum J. Rosen
        38 New Street
        Huntington, New York 11743
        Tel.: (631) 423-8527
        E-mail: arosen@ajrlawny.com
        E-mail: npizzo@ajrlawny.com

By:     */s/ Ilan Stein*
        ILAN STEIN
        Assistant United States Attorney
        86 Chambers Street, 3rd Floor
        New York, New York 10007
        Tel.: (212) 637-2525
        E-mail: ilan.stein@usdoj.gov

**It is so Ordered:**

Dated: New York, New York
       September 20, 2021

         *s/ David S. Jones*
        Honorable David S. Jones
        United States Bankruptcy Judge